**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARK DICKERSON**                                                            **PLAINTIFF**

**v.**                           **CASE NO. 4-04-CV-1458**

**STATEN TRUCKING, INC., f/k/a
ISAAC STATEN d/b/a STATEN TRUCKING,
LEON BROWN, and
UNION PACIFIC RAILROAD COMPANY**                **DEFENDANTS**

## **ORDER**

Presently before the Court is the Plaintiff's Motion for Leave to File Second Amended Complaint. Attached to the Motion as "Exhibit 1" is a signed copy of the proposed Second Amended Complaint. Defendants have no objection to this Motion.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #36) be, and it is hereby, GRANTED. Plaintiff should file its Second Amended Complaint within seven days of this date.

Dated this 18th day of November, 2005.

                                                       _/s/Garnett Thomas Eisele_____
                                                       UNITED STATES DISTRICT JUDGE