**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARK DICKERSON**                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 4-04-CV-1458**

**STATEN TRUCKING, INC., f/k/a
ISAAC STATEN d/b/a STATEN TRUCKING,
LEON BROWN, and
UNION PACIFIC RAILROAD COMPANY**                 **DEFENDANTS**

**ORDER**

For the reasons stated at the telephone conference held on November 29, 2005, the Court will grant the Motion to Quash Notice of Deposition filed by Union Pacific Railroad Company. Pursuant to Plaintiff's oral request, Defendant Union Pacific Railroad Company has agreed to submit its supplemental responses to propounded discovery requests no later than **Tuesday, December 6, 2005**.

IT IS THEREFORE ORDERED that the Motion to Quash filed by Union Pacific Railroad Company (Dkt. #41) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that Union Pacific Railroad Company submit to Plaintiff its supplemental responses to propounded discovery requests no later than **Tuesday, December 6, 2005**.

Dated this 29th day of November, 2005.

                                                                _/s/Garnett Thomas Eisele_____
                                                                 UNITED STATES DISTRICT JUDGE