FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MARK DICKERSON                                                        PLAINTIFF

VS.                      CASE NO.: 4:04-CV-1458 GTE

STATEN TRUCKING, INC., f/k/a
ISAAC STATEN d/b/a STATEN TRUCKING
and
UNION PACIFIC RAILROAD COMPANY                                        DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties (Doc. No. 105), and since this matter has been amicably settled and resolved, the Complaint of the Plaintiff, MARK DICKERSON, and the Cross-Claims of the Defendants, STATEN TRUCKING, INC. and UNION PACIFIC RAILROAD COMPANY should be and are hereby dismissed with prejudice.

IT IS SO ORDERED this 16th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:

/s/ J. Cotten Cunningham
J. Cotten Cunningham
AR Bar No.: 97238
Attorney for Staten Trucking, Inc., et al.
LASER LAW FIRM, P.A.
101 S. Spring Street, Ste. 300
Little Rock, AR 72201
(501) 376-2981
ccunningham@laserlaw.com